Nicholas Ranallo, Attorney at Law (#51439)
5058 57th Avenue South
Seattle, WA 98118
Telephone: (831) 607-9299
E-Mail: nick@ranallolawoffice.com

*Local Counsel for Defendant Trans Union, LLC*

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON (SEATTLE)

| | |
|---|---|
| KEIKO HARADA,<br>           Plaintiff,<br><br>     vs.<br><br>COMCAST CABLE COMMUNICATIONS, LLC, a Delaware Corporation; TRANS UNION LLC, a Delaware Limited Liability Company; and SOUTHWEST CREDIT SYSTEMS, LP;<br>           Defendants. | CASE NO.<br><br>**TRANS UNION, LLC'S NOTICE OF REMOVAL** |

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Trans Union, LLC ("Trans Union") hereby removes the subject action from the King County Superior Court, State of Washington to the United States District Court for the Western District of Washington (Seattle), on the following grounds:

1. Plaintiff Keiko Harada served Trans Union on or about July 27, 2022, with a Summons and Complaint. Copies of the Summons and Complaint are attached hereto as **Exhibit A** and **Exhibit B**.

2. In the Complaint, Plaintiff makes claims against Trans Union under the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. (the "FCRA"). See Complaint ¶¶ 8.2-8.17, 9.2-9.6 and 10.2-10.6.

---

**TRANS UNION, LLC'S NOTICE OF REMOVAL**
**1 – Case No.**

RANALLO LAW OFFICE
5058 57TH AVENUE SOUTH
SEATTLE, WA 98118
TELEPHONE: (831) 607-9299

3. This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 since there is a federal question. As alleged, this suit falls within the FCRA which thus supplies this federal question.

4. Pursuant to 28 U.S.C. § 1441, *et seq.*, this cause may be removed from the King County Superior Court, State of Washington to the United States District Court for the Western District of Washington (Seattle).

5. As of the date of this Notice Of Removal, Defendant Comcast Cable Communications, LLC ("Comcast") has been served. Counsel for Trans Union has contacted counsel for Comcast who has consented to this removal as evidenced by the consent attached hereto as **Exhibit C**. As of the date of this Notice Of Removal, Defendant Southwest Credit Systems, LP ("Southwest Credit") have not been served.

6. Notice of this removal will promptly be filed with the King County Superior Court, State of Washington and served upon all adverse parties.

WHEREFORE, Defendant Trans Union, LLC, by counsel, removes the subject action from the King County Superior Court, State of Washington to this United States District Court, Western District of Washington (Seattle).

Respectfully submitted,

RANALLO LAW OFFICE

s/   *Nicholas Ranallo*
Nicholas Ranallo, Esq.
WA State Bar No. 51439

*Local Counsel for Defendant Trans Union, LLC*

**TRANS UNION, LLC'S NOTICE OF REMOVAL**
**1 – Case No.**

RANALLO LAW OFFICE
5058 57TH AVENUE SOUTH
SEATTLE, WA 98118
TELEPHONE: (831) 607-9299

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **5th day of August, 2022**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| None. | |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **5th day of August, 2022**, properly addressed as follows:

| **for Plaintiff Keiko Harada**<br>Robert Mitchell, Esq.<br>Robert Mitchell, Attorney at Law<br>1020 N. Washington<br>Spokane, WA 99201<br>bobmitchelllaw@gmail.com | |
|---|---|

s/    Nicholas Ranallo
Nicholas Ranallo, Esq.
 WA State Bar No. 51439

*Local Counsel for Defendant Trans Union, LLC*

**TRANS UNION, LLC'S NOTICE OF REMOVAL**
**1 – Case No.**

RANALLO LAW OFFICE
5058 57TH AVENUE SOUTH
SEATTLE, WA 98118
TELEPHONE: (831) 607-9299