# EXHIBIT A
# SUMMONS TO TRANS UNION, LLC

1

2

3

4

5

6

7

## STATE OF WASHINGTON
## KING COUNTY SUPERIOR COURT

8

KEIKO HARADA,

NO.

9

        Plaintiff,

v.

10

SUMMONS

11   COMCAST CABLE
COMMUNICATIONS, LLC, a
Delaware Corporation, TRANS
12   UNION LLC, a Delaware Limited
Liability Company, SOUTHWEST
13   CREDIT SYSTEMS, LP,

14

        Defendants.

15

    **TRANS UNION LLC**: A lawsuit has been started against you in the above-entitled

16

Court by Plaintiff.   Plaintiff's claims are stated in the written Complaint, a copy of which is

17

served upon you with this Summons.

18

    In order to defend against this lawsuit, you must respond to the Complaint by stating your

19

defense in writing, and by serving a copy upon the person signing this Summons within twenty

20

(20) days after the service of this Summons, excluding the day of service, or within sixty (60)

21

days if this Summons is served outside the State of Washington, or within forty (40) days if this

22

Summons is served through the Insurance Commissioner's Office, or a default judgment may be

23

entered against you without notice.   A default judgment is one where Plaintiff is entitled to what

24

25

SUMMONS - Page 1 of 2

1   it asks for because you have not responded.  If you serve a notice of appearance on the undersigned

2   person, you are entitled to notice before a default judgment may be entered.

3          You may demand that the Plaintiff file this lawsuit with the Court.  If you do so, the

4   demand must be in writing and must be served upon the person signing this Summons.  Within

5   fourteen (14) days after you serve the demand, the Plaintiff must file this lawsuit with the Court,

6   or the service on you of this Summons and Complaint will be void.

7          If you wish to seek the advice of an attorney in this matter, you should do so promptly so

8   that your written response, if any, may be served on time.

9          This Summons is issued pursuant to Rule 4 of the Superior Court Civil Rules of the State

10  of Washington.

11

12         DATED this 26th day of July, 2022.

13                              PLAINTIFF'S COUNSEL

14

15                              S//*ROBERT MITCHELL*
                                ROBERT MITCHELL, WSBA No. 37444
16                              Robert Mitchell Attorney at Law, PLLC
                                1020 N. Washington St.
17                              Spokane, WA 99201
                                Telephone: (509) 327-2224
18                              bobmitchellaw@gmail.com

19

20

21

22

23

24

25

SUMMONS - Page 2 of 2

Robert Mitchell, Attorney at Law
1020 N. Washington
Spokane, WA  99201
(509) 327-2224      Fax (888) 840-6003