# EXHIBIT C

# Comcast Cable Communications, LLC, A Delaware Corporation's Consent to Removal

1

Nicholas Ranallo, Esq.  WSBA No.:  51439                     Judge

Ranallo Law Office

2

5058 57th Avenue South

Seattle, WA  98118

3

Telephone:  (831) 607-9299

E-Mail:  nick@ranallolawoffice.com

4

*Local Counsel for Defendant Trans Union, LLC*

5

6

**UNITED STATES DISTRICT COURT**

7

**WESTERN DISTRICT OF WASHINGTON (SEATTLE)**

8

9
KEIKO HARADA,                                    CASE NO.
            Plaintiff,

10
        vs.                                      **COMCAST CABLE**

11
                                                 **COMMUNICATION'S LLC, A**
                                                 **DELAWARE CORPORATION'S**

12
COMCAST CABLE COMMUNICATIONS,                    **CONSENT TO REMOVAL**
LLC, a Delaware Corporation; TRANS

13
UNION LLC, a Delaware Limited
Liability Company; and SOUTHWEST

14
CREDIT SYSTEMS, LP;
            Defendants.

15

16
        Defendant   Comcast   Cable   Communications,   LLC,   a   Delaware   Corporation,

17
acknowledges its consent to removal of this action from the Superior Court of King County, State

18
of Washington to the United States Federal District Court of Washington.

19
        Respectfully submitted this August 4, 2022.

20

21
                                                 *s/ Thomas P. Reilly (with consent)*

22
                                                 Representative for *Comcast Cable*
                                                 *Communications, LLC, a Delaware*

23
                                                 *Corporation*

24

25

26

**COMCAST CABLE COMMUNICATION'S**
**CONSENT TO REMOVAL – Case No.**