Nicholas Ranallo, Esq.  WSBA No.:  51439
Ranallo Law Office
5058 57th Avenue South
Seattle, WA  98118
Telephone:  (831) 607-9299
E-Mail:  nick@ranallolawoffice.com

*Local Counsel for Defendant Trans Union, LLC*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON (SEATTLE)

| | |
|---|---|
| KEIKO HARADA,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>COMCAST CABLE COMMUNICATIONS, LLC, a Delaware Corporation; TRANS UNION LLC, a Delaware Limited Liability Company; and SOUTHWEST CREDIT SYSTEMS, LP;<br>　　　　Defendants. | CASE NO.<br><br>**TRANS UNION LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Defendant Trans Union LLC, by counsel, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states as follows:

TransUnion LLC discloses that the following parent corporations and publicly held companies own 10% or more of its stock: Trans Union LLC is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc.  TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion.  TransUnion is a publicly traded entity with the ticker symbol TRU. Investment funds affiliated with T. Rowe Price Group, Inc., a publicly-traded entity with the ticker symbol TROW, own more than 10 percent of TransUnion's stock.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Respectfully submitted,

RANALLO LAW OFFICE


<u>s/     Nicholas Ranallo</u>
Nicholas Ranallo, Esq.
WA State Bar No. 51439

*Local Counsel for Defendant Trans Union, LLC*

**TRANS UNION, LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT – Case No.**

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **5th day of August, 2022**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| None. | |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, and or email, on the **5th day of August, 2022**, properly addressed as follows:

| **for Plaintiff Keiko Harada**<br>Robert Mitchell, Esq.<br>Robert Mitchell, Attorney at Law<br>1020 N. Washington<br>Spokane, WA 99201<br>bobmitchellaw@gmail.com | |
|---|---|

                                          s/    Nicholas Ranallo
                                          Nicholas Ranallo, Esq.
                                            WA State Bar No. 51439

*Local Counsel for Defendant Trans Union, LLC*