**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT SEATTLE**

RAVI SUBRAMANIAN
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

August 10, 2022

**HARADA V. COMCAST CABLE COMMUNICATIONS LLC ET AL**
Case # 2:22−cv−01097−BAT

The court has received your case documents and has identified the following items to be addressed.
**Please note:** Any underlined points of reference below will contain a link to the source materials.

    **Improper Signature – Secondary Attorney(s)**
    The secondary attorney(s) Thomas P Reilly indicated in your document(s) is/are not properly before this Court and has/have been removed from the docket. Please file a Notice of Appearance for attorney(s) Thomas P Reilly as soon as practicable by going to **Notices** and selecting **Notice of Appearance**. See Federal Rule of Civil Procedure 11 and Local Civil Rule 83.2 or Section III(L) of the Electronic Filing Procedures.

    **Attorney Admission**
    Counsel Thomas P Reilly is/are not admitted to practice in the US District Court, Western District of Washington. Counsel must submit a Petition for Admission. After you have been admitted to practice before this Court, please promptly file a Notice of Appearance in this case pursuant to LCR 83.2. Questions about this process should be directed to the Attorney Admission Clerk at 206−370−8439 or WAWD_Admissions@wawd.uscourts.gov.

    **Additional Notes:** Thomas P Reilly signed a Consent to Removal included in your filing; however it is unclear if he appeared in state court or wishes to appear in this court. He must apply for Admission and file a Notice of Appearance if he does wish to appear.

*Please call the Attorney Case Opening Helpdesk at 206−370−8787 if you have any additional questions.*

Thank you.

cc: file